[No. 21310-5-I. Division One. August 7, 1989.]

*In the Matter of the Marriage of* LYNN DIANE ALTHAR, *Respondent, and* ROBERT LEROY ALTHAR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–3–05516–6, Norman W. Quinn, J., entered October 2, 1987. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Winsor and Forrest, JJ.

[No. 22044-6-I. Division One. August 7, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNY JAMES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04846–9, Lloyd W. Bever, J., entered April 8, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 9531-2-III. Division Three. August 8, 1989.]

STANLEY A. ROY, ET AL, *Respondents,* v. S.W. PRESTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88–2–50019–6, Albert J. Yencopal, J., entered August 25, 1988. *Affirmed in part* and *remanded* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Munson, J.